UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JBS HAIR, INC.,**<br><br>  Plaintiff,<br><br> v.<br><br>**SLI PRODUCTION CORP.,**<br><br>  Defendant. | **Case No. 22–cv–01576–KM–ESK** |
| **JBS HAIR, INC.,**<br><br>  Plaintiff,<br><br> v.<br><br>**HAIR ZONE, INC.,**<br><br>  Defendant. | **Case No. 22–cv–01577–KM–ESK** |
| **JBS HAIR, INC.,**<br><br>  Plaintiff,<br><br> v.<br><br>**BEAUTY ESSENCE, INC.,**<br><br>  Defendant. | **Case No. 22–cv–01769–KM–ESK**<br><br>**ORDER TO CONSOLIDATE** |

  **THESE MATTERS** having come before the Court pursuant to Federal Rule of Civil Procedure (Rule) 16 for an initial scheduling conference on June 6, 2022;

and the parties having filed joint proposed discovery plans in each of these matters on June 1, 2022; and for good cause appearing,

**IT IS** on this **6th** day of **June 2022 ORDERED** that:

1. These matters are consolidated for case management purposes only. All three cases shall remain open. Case No. 22-01576 shall serve as the lead case.

2. A telephone status conference is scheduled for **June 27, 2022 at 2:30 p.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#. The parties shall file a joint letter, at least **three business days** before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

3. The parties shall confer and file a joint letter by **June 17, 2022** setting forth a proposed discovery schedule in compliance with Local Civil Rule 9.3.

                                       _/s/ Edward S. Kiel_
                                       **EDWARD S. KIEL**
                                       **UNITED STATES MAGISTRATE JUDGE**