Robert Fantone #087172014
Andrew Mancilla
**Mancilla & Fantone LLP**
260 Madison Avenue, 22nd Floor
New York, New York 10016
Telephone: 646.225.6686
Facsimile:  646.655.0269
robert@law-mf.com

Anthony J. Dain (*admitted pro hac vice*)
Frederick K. Taylor (*admitted pro hac vice*)
**Procopio, Cory, Hargreaves & Savitch LLP**
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

*Attorneys for Defendants*
*SLI Production Corp., Hair Zone, Inc. and*
*Beauty Essence, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JBS HAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLI PRODUCTION CORP., <br><br> Defendant. | Case No. 2:22-cv-01576 |

| | |
|---|---|
| JBS HAIR, INC., <br><br>             Plaintiff, <br>v. <br><br> HAIR ZONE, INC., <br><br>             Defendant. | Case No. 2:22-cv-01577 |
| JBS HAIR, INC., <br><br>             Plaintiff, <br>v. <br><br> BEAUTY ESSENCE, INC., <br><br>             Defendant. | Case No. 2:22-cv-01769 |

## DEFENDANTS HAIR ZONE, INC. AND BEAUTY ESSENCE, INC.'S NOTICE OF EX PARTE MOTION AND MOTION TO STAY PROCEEDINGS

PLEASE TAKE NOTICE that pursuant to Local Rule 65.1(b) attorneys for defendants Hair Zone, Inc. ("Hair Zone") and Beauty Essence, Inc. ("Beauty Essence"), bring this ex parte motion before the Honorable Andre M. Espinosa, U.S.M.J., for an Order staying all proceedings in this case until the final determination of the matter now pending before the United States International Trade Commission entitled In the Matter of Certain Pre-Stretched Synthetic Braiding Hair and Packaging Therefor, Inv. No. 337-TA-1415. This ex parte motion is brought pursuant to 28 U.S.C. § 1659(a) and the Court's inherent powers.

8617637.2

Defendants Hair Zone and Beauty Essence have conferred with Plaintiff's counsel and Plaintiff is opposed to the motion to the extent that a stay is not also being sought for Defendant SLI Production, Corp.

In support of their Motion, Defendants Hair Zone and Beauty Essence rely on the accompanying Memorandum of Law in Support thereof, the Declaration of Frederick K. Taylor (along with exhibits thereto), and the Court's records and file herein.

In accordance with Local Rule 7.1(e), a proposed Order is submitted herewith.

| September 18, 2024 | */s/ Frederick K. Taylor* |
|---|---|
| | Anthony J. Dain (*admitted pro hac vice*) |
| | Frederick K. Taylor (*admitted pro hac vice*) |
| | **Procopio, Cory, Hargreaves & Savitch LLP** |
| | 525 B Street, Suite 2200 |
| | San Diego, CA 92101 |
| | Telephone: 619.238.1900 |
| | Facsimile: 619.235.0398 |
| | |
| | Robert Fantone #087172014 |
| | Andrew Mancilla |
| | **Mancilla & Fantone LLP** |
| | 260 Madison Avenue, 22nd Floor, New York, New York 10016 |
| | Telephone: 646.225.6686 |
| | Facsimile: 646.655.0269 |
| | |
| | *Attorneys for Defendants* |
| | *SLI Production Corp., Hair Zone, Inc. and Beauty Essence, Inc.* |

8617637.2