

**ANDREW MANCILLA**
NY, CA, NJ, SDNY, EDNY, DNJ,
2ND CIRCUIT, US SUPREME COURT

260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016
T 646.225.6686  F 646.655.0269
andrew@law-mf.com

September 18, 2024

**VIA ECF**
Hon. Stanley R. Chesler
U.S. District Court
District of New Jersey
50 Walnut St. #4015
Newark, N.J. 07102

   Re: **Withdrawal of Motion to Stay**
     **JBS Hair, Inc. v. SLI Production IW Corp. (22-cv-01576)**

Dear Judge Chesler:

  We represent the Defendant in the above-referenced matter. Yesterday, September 17, 2024, in filing a motion for a stay in the two related matters - *JBS Hair, Inc. v. Hair Zone, Inc.*, 22-cv-01577 and *JBS Hair, Inc. v. Beauty Essence*, Inc., 22-cv-01769 - we inadvertently filed that motion in *JBS Hair, Inc. v. SLI Production IW Corp.*, 22-cv-01576. That motion was only intended to be filed in the two related matters, not in this case. Accordingly, we hereby withdraw our motion for a stay in *JBS Hair, Inc. v. SLI Production IW Corp.*, 22-cv-01576, and ask that the Court Order that it be removed from the docket.

  We thank the Court for its time and attention to this matter.

            Sincerely,

            */s/ Andrew Mancilla*
            Andrew Mancilla

cc: All parties of record via ECF