# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JBS HAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLI PRODUCTION IW CORP., <br><br> Defendant. | **Civil Action No. 22-1576-SRC-AME** <br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of the joint status letter from Plaintiff JBS Hair, Inc. and Defendants SLI Production Corp., Hair Zone, Inc., and Beauty Essence, Inc., requesting a two-week extension for certain expert discovery deadlines [D.E. 174]; and

**WHEREAS** on June 14, 2024, the Court ordered an amended discovery schedule in this action [D.E. 151]; and on August 21, 2024, the Court extended the fact discovery deadline to September 20, 2024 [D.E. 164]; and

**WHEREAS** parallel actions exist in the Northern District of Georgia and, to accommodate both the additional fact discovery in this matter and in the parallel actions in the Northern District of Georgia; and for good cause shown; therefore,

**IT IS** on this 25th day of September 2024,

**ORDERED** that the parties' request for a two-week extension to expert discovery deadlines [D.E. 174] is **GRANTED**; and it is further

**ORDERED** that the expert discovery schedule is revised as follows:

- The deadline to file affirmative expert reports is extended from October 1, 2024, to **October 15, 2024**;

- The deadline to file responsive expert reports shall remain as **November 13, 2024**; and

- The deadline to complete expert depositions is extended from December 16, 2024, to **December 30, 2024**.

    /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge